IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **THE STATE OF KANSAS, ex rel., KRIS W. KOBACH, ATTORNEY GENERAL,**<br><br>*Plaintiff*,<br><br>v.<br><br>**MACQUARIE ENERGY LLC, and JOHN DOES 1 through 10,**<br><br>*Defendants.* | **CIVIL ACTION**<br>**Case No. 5:23-cv-04035-DDC-RES** |

**NOTICE OF UNOPPOSED WITHDRAWAL
OF PLAINTIFF'S REPLY TO MACQUARIE'S OPPOSITION TO PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO DEFENDANT'S MOTION TO DISMISS
AND MOTION TO VACATE STATUS CONFERENCE**

On June 2, 2023, Plaintiff State of Kansas filed its Reply to Macquarie's Opposition to Plaintiff's Motion for Extension of Time to File Reply to Defendant's Motion to Dismiss. ECF No. 25. Plaintiff State of Kansas now files this Notice to inform the Court that it is withdrawing its Reply.

Counsel for Plaintiff conferred with counsel for Defendant prior to filing this notice, and counsel does not oppose this withdrawal.

Plaintiff further informs the Court that contract bids for replacement lead counsel for this case have closed, and Plaintiff continues to move forward to secure counsel in accordance with requirements for State of Kansas contracts as required by Kansas law.

1

WHEREFORE, Plaintiff requests the Court withdraw its Reply to Macquarie's Opposition to Plaintiff's Motion for Extension of Time to File Reply to Defendant's Motion to Dismiss, and vacate the hearing scheduled for July 6, 2023. ECF No. 26.

Dated: July 5, 2023.

        Respectfully submitted,

        *Frances R. Oleen*
        Frances R. Oleen, Kan. Sup. Ct. #17433
        Deputy Attorney General
        Office of the Kansas Attorney General
        120 S.W. 10th Ave., 2nd Fl.
        Topeka, KS 66612-1597
        Phone (785) 296-3751
        fran.oleen@ag.ks.gov

        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of July, 2023, a true and correct copy of the above and foregoing was e-filled with the Court's CM/ECF electronic filing system, which provided notice to all parties who have entered an appearance in this action.

        *Frances R. Oleen*

        *For Plaintiff*