# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

THE STATE OF KANSAS, ex rel.,
KRIS W. KOBACH, ATTORNEY
GENERAL,

        Plaintiff,

v.                                                 Case No. 23-4035-DDC-RES

MACQUARIE ENERGY LLC,
JOHN DOES 1 through 10,

        Defendants.

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Plaintiff shall take nothing and this action is dismissed consistent with the Memorandum and Order (Doc. 40) filed on October 5, 2023.**

    10/05/2023                                        SKYLER B. O'HARA
       Date                                               CLERK OF THE DISTRICT COURT

                                                         by:   s/ Megan Garrett
                                                                  Deputy Clerk